IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LAMB,<br><br>        Plaintiff,<br><br>  v.<br><br>BITECH INC,<br><br>        Defendant.<br>_____/ | No. C -11-05583(EDL)<br><br>**ORDER APPROVING SUPPLEMENTAL NOTICE PROCEDURE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD** |

On January 15, 2014, the Court held a hearing on final approval of the parties' proposed class action settlement and Plaintiff's motion for attorneys' fees and an incentive award. The Court noted that contrary to the Court's Preliminary Approval Order (Dkt. 45), Plaintiff's motion for attorneys' fees and an incentive award was not posted on the Settlement Website. The Court ordered the parties to submit a proposal for correcting this oversight. On January 21, 2014, the parties proposed that they: (1) post Plaintiff's motion for attorneys' fees and an incentive award and the opposition and reply briefs thereto on the Settlement Website; (2) extend the time period for class members to object to or opt out of the proposed settlement to February 28, 2014; and (3) post an updated notice on the home page of the Settlement Website stating that the Court would hold another hearing on final approval, attorneys' fees, and an incentive award approximately 60 days from January 21, 2014.

The Court approves the parties' proposed supplemental notice procedure. The proposed supplemental notice to the class members of Plaintiff's attorneys' fee request is reasonable, and, importantly, no attorneys' fees or incentive award will come out of or otherwise reduce the class recovery. The Court will hold another hearing on the proposed settlement, attorneys' fees, and an incentive award on March 25, 2014. If any class member files an objection to or opts out of the

proposed settlement, the parties may file supplemental briefs of up to five pages addressing any objection or opt-out by March 14, 2014.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge